

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Samondre Jaquan Lewis, Appellant

No. 06-23-00049-CR        v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 21F0787-102).  Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment by deleting the $2,500.00 fine and by showing that Lewis pled not true to allegations in the State's motion to adjudicate guilt.  As modified, the judgment of the trial court is affirmed.

We note that the appellant, Samondre Jaquan Lewis, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED OCTOBER 6, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk